**Jury Trial Demanded**

 SS# 6922

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

**Amended**

James F. Mcmillian
_____
_____
_____

*(Write the full name of each plaintiff who is filing this
complaint. If the names of all the plaintiffs cannot fit in
the space above, please write "see attached" in the space
and attach an additional page with the full list of names.)*

-against-

NYC Taxi and Limousine Commission
_____
   see attachments
_____
_____

*(Write the full name of each defendant who is being sued.
If the names of all the defendants cannot fit in the space
above, please write "see attached" in the space and attach
an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 20-CV-5722 (LDH) (RML)
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 0 7 2020 ★
BROOKLYN OFFICE

SS# 6922

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Mr. James F. Mcmillian |
| Street Address | 137-79 70th avenue |
| City and County | Flushing, NY (Queens) |
| State and Zip Code | New York 11367   Apt 1 |
| Telephone Number | (718) 607-0188 |
| E-mail Address | jamesmcmillian09@gmail.com  OR  jamesmcmillian1009@gmail.com |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | NYC Taxi and Limousine Commission |
| Job or Title (if known) | |
| Street Address | 33 Beaver Street |
| City and County | New York, NY |
| State and Zip Code | New York 10004   22nd Floor |
| Telephone Number | (212)676-1013 |
| E-mail Address (if known) | unknown |

Defendant No. 2

| | |
|---|---|
| Name | Ronald Sobers |
| Job or Title (if known) | PRIOR Department Chief |
| Street Address | 2455 BQE WEST |
| City and County | Woodside and Queens |

SS#6922

| | |
|---|---|
| State and Zip Code | New York  11377 |
| Telephone Number | (718) 267-4500 |
| E-mail Address | unknown |
| (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | Carmen Rojas |
| Job or Title | Assistant Commissioner of Human Resources |
| (if known) | |
| Street Address City | 33 Beaver Street |
| and County State | New York, New York |
| and Zip Code | New York , 10004      22nd Floor |
| Telephone Number | (212) 676-1095 |
| E-mail Address | carmen.rojas@tlc.nyc.gov |
| (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | Edwidge Joseph |
| Job or Title | Chief/ Captain |
| (if known) | |
| Street Address City | 2455 BQE West |
| and County State | Woodside and Queens |
| and Zip Code | New York, 11377 |
| Telephone Number | (718) 267-4500 |
| E-mail Address | unknown |
| (if known) | *** see attachment, cont. Defendants*** |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

*Continuing Defendants*

SS#6922

Defendants No. 5:

Dianna M. Penneti
Deputy Commissioner

2455 BQE West
Woodside and Queens County
New York, 11377

(718) 267-4500
dianna.pennetii@tlc.nyc.gov

Defendant No. 6:

Louis A. Molina
First Deputy Chief

2455 BQE West
Woodside and Queens County
New York 11377

(718) 267-4500
unknown email

Defendant No. 7:

Noreen Hollingsworth
Assistant Chief

2455 BQE West
Woodside and Queens County
New York, 11377

(718) 267-4500
unknown email

Defendant No. 8:

Linda Andrews
Deputy Chief

2455 BQE West
Woodside and Queens County
New York, 11377

(718) 267-4500
unknown email

**Continuing Defendants**

SS# 6922

Defendant No. 9

Joyce Yearwood-Drury  Case# 10199442 - FEDERAL CHARGE# 16GB901775
Regional Director-

NYS Division of Human Rights
1 Fordham Plaza 4th Floor
Bronx and Bronx County
New York, 10458

718-722-2060

Defendant No. 10
Ira Goldapper (Ira Goldapper) ← Correct Spelling)
33 Beaver St
New York, N.Y. 10004
22nd Floor

Defendant No. 11
Edwin Caraballo (or) Carablallo (Investigator).
33 Beaver St.
New York, N.Y. 10004
22nd Floor

SS#6922

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

SS#6922

b.   If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**PENSION AND CIVIL SERVICE TITLE WAS TAKEN AWAY DUE TO THE**

**DISHONESTY OF ALL NAMED. (SEE ATTACHMENTS).**

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**PLEASE SEE ATTACHED STATEMENTS**

_____

_____

_____

_____

SS#6922                                                    November 16, 2020

# JURY TRIAL DEMANDED

**Case # 10199442 Federal Charge # 16GB901775**

**Mr. James Mcmillian**

**Vs**

**The New York City Taxi & Limousine Commission**

**Charges Demanded to be heard by the Federal Court: Gender Discrimnation/Wrongful Termination/Harrassment/Defammation of Character/Retaliation/Working in a Hostile Environment.**

**General complaint with specific details**

This complaint is being filed against not only the **Taxi & Limousine Commission,** but now also the **New York State Division of Human Rights, for NEGLECT.** The Human Rights Division Investigator **Joyce Yearwood-Drury** did not fully investigate my case, for example, she stated, **"The Division investigation revealed no information to support Complainant was discriminated against based on gender and/or retaliation for opposing and/or for any reason covered by the NYS Human Rights Law."** This was determined without requesting any/my proof to back up my claim.

And, she stated in her findings, **"Moreover, Complainant has made no statements that relate these issues to his gender"** All of these issues were in my initial complaint, **submitted by the Attorney, also in the rebuttal, and never requested for review.**

When I spoke to Joyce Yearwood-Drury over the phone on November 2nd, the year 2020, she was extremely rude and refused to hear anything I had to say regarding my case. Her verbal response was, **"They're are a lot of people at The Taxi & Limousine Commission claiming they have been discriminated against"** and also, **"I don't know what to tell you"** and, **"I'd love to see the evidence"** and, **"half of the people you named in your complaint filed for claims"** She was extremely unprofessional, she wouldn't allow me to speak after we spoke for a few minutes, during our 11 minute conversation. I attempted to simply ask, **"may I submit my evidence to you, to support my complaint"** she denied me and took away my Human Rights.

November 16, 2020

**Holly M Shabazz from the EEOC referred myself to Joyce Yearwood-Drury. This request was to simply ask, "May I submit my proof" my witnesses, my audio and my pictures to Joyce Yearwood-Drury, due to my not knowing this proof would never be requested during the investigation. I hired the attorney's and trusted them as an employment law firm, trusting they would know exactly how to handle my case. It was stated, "Mr Mcmillian has audio and picture proof to back up his complaint" I'm still baffled as to why this was never requested.  I, nor my Attorney's never received a phone call from Joyce Yearwood-Drury requesting this information as an investigator.**

She went on stating how many of the women and men were complaining about how they were being mistreated at the Taxi & Limousine Commission. As an investigator for Human Rights, I thought she would take mines and these other complaints into deep consideration, to see exactly what is really happening at TLC. Many employee's were afraid to speak up due to fear of losing their jobs. I heard In the year of 2018, a group of **New Cadets** complained about being mistreated by **Assistant Chief Holingsworth.** She was removed from the **Woodside Queens** location and reassigned to **Staten Island.** Shortly after this, she resigned or retired. In the almost 5/6 years that I worked for TLC, I never witnessed a group of employees stand up against the blatant mistreatment by supervision. This time something was done to rectify it. I was grateful for this stand up by the TLC New cadets.

Having already hired an attorney for $3,000 to represent me, I was very hopeful. The Attorney's stated, **Mr. Vince White**, I believe in your case and will represent you. This is after I sought out at least 3/4 Attorney's. I trusted and was hopeful that my case would be heard by the Human Rights Division and I'd receive Justice. I complained to the **TLC Commissioner Diane Pennetti, First Assistant Chief Molina, Chief Ronald Sobers and Investigator Edwin Caraballo. (Audio Recordings Submitted In this Complaint)**. All of my complaints were ignored. I say this due to the behaviors and unprofessionalism never changing.  Instead, after my complaints, many at the job, **Chief Ramos, Officer Janine Williams, Captain Rodriguez, Investigator Edwin Caraballo**, were all more interested in my personal life. I was met with accusations of filing **false sick leave documents**, aka **Malingering** as Mr Edwin Caraballo stated during a time and leave conference, which I was not in violation of TLC's time and leave policies. Edwin only wanted to discuss my personal life, my relationship with Officer Kooma and my child support. He stated, he has signed reports from 2 people stating I used profanity against **Chief Joseph**, which never happened and is a **Terminable Offense,** yet I was still on the job for 7 more months before being terminated. I was still hopeful knowing, all I had to do was wait patiently for my Civil Service Title and I'd have complete job security. **(I have audio proof of that conversation).** I did raise my voice due to being so frustrated by the mistreatment coming from **Chief Joseph** and other supervision. This continued for an entire year and went unheard of by supervision who has the power to stop it.  I began suffering from headaches, nausea and anxiety when it was time to get up and go to work. This is the sole reason for my absence in the month of February. No one at TLC ever asked, was I ok or did I need help with anything personal or professional. I made mention of this in the Time and Leave conference with Caraballo, how the agency could not be trusted, which was also in the presence of my Union Representative, Mike Troman. I sought out EAP for help, but could not successfully do so after being terminated and could not afford it without my job healthcare. How was I made ineligible for my Civil Service Title? The office was extremely hostile to work in. **Kalena Tate** and **Dawn Ford's** reports were written very unprofessionally. **Chief Sobers** spoke to me via office phone and stated, **"I need you to create a timeline in your reports"** after I was never taught how to write a report. I did so successfully. My point is, the reports of 2 particular women recently named, their reports were not up to standard. The Respondent

SS#6922                                                November 16, 2020

stated in sworn statements, **"how would know if these women were reprimanded or not,"** which is absolutely true. If this were true, shouldn't their reports have changed? They never did change, as well as their dress code violations.  I was approached by **Ronald Sobers** and told, I cannot wear the attire I was wearing on the day he approached me coming from the mens room. I simply asked, "Is this all across the board" he said, **"yes, I'll send an email"** I never received that email. **Edwin Caraballo never produced documentation of my having to get permission to carpool with Officer Kooma.** I know for a fact a Captain and Officer were riding together frequently, to and from work. As an investigator, shouldn't he have known this?

**Defamation of Character/Wrongful Termination** - **Carmen Rojas, TLC's Assistant Commissioner for Human Resources,** was named by **Dept Chief Ronald Sobers** as the person who has the authority to take away my title that stated **"You were considered and not selected for appointment and have been made ineligible for further certification"** This is after taking the test for "Operations Communications Specialist" In January of 2018, scoring 100% in all 3 categories. Education and Experience, Final Average and Adjusted Final Average. **Carmen Rojas** stated in her sworn response to my complaint, **"He was Unprofessional and Combative" (my recorded work on the job can show not only my professionalism, but also my training at least 6/7 new Operators;** Operator Tate stated, **"I do not train")**  I have never physically worked with Carmen Rojas, so how may she make such a claim that took away my Civil Service Title, my 5 years of Pension I was preparing to pay back and serve TLC until retirement. I was always professional and never combative. Carmen Rojas emailed me personally about the up and coming civil service title, yet they claim, how was I under the assumption I'd be chosen for my permanent title with the agency. This was not an assumption, this was my right regarding my successful requirements. At least 2 years successful experience on the job, given by **DCAS, signed off by the Governor in 2016.**

**Proof of my professionalism** - **Noreen Hollingsworth** sent me a **KUDOS** email after **Officer Patricia Titley** submitted a letter stating, how great I was an Operator, my professionalism and my consideration makes it completely safe for all the parties involved during a TLC car stop. The Officers, Passengers and immediate community.

**Proof of Harassment/Retaliation** - Chief Joseph and the agency, **(those named)** mistreated me beginning in 2016 to 2018. This was soon after myself and Officer Stephanie Kooma began dating. We were never unprofessional on the job, not holding hands or hugging or anything that should not be done at work. Before her tour would begin, she'd come in and chat a bit, never interrupting my duties, being loud or disrespectful to anyone in the Radio Room or throughout the agency. Some of the other employee's were not too happy about our dating, especially the women. Officer Kooma was later banned from the radio room while no one else was. The hostile work place involved, female officers and staff from other units would come in the Radio Room all the time, loud conversations while the air was live, arguments, gossip, personal phone calls etc, after officer Kooma was banned from the radio room **(Audio Proof of an argument while the air was live, cursing, yelling and pictures). Female Operator Natasha Robinson was fired after that incident, which was unfair, because Operator Tate remained on the job and received her Civil Service Title. Operator McCabe was on the job after my termination as an operator, yet I was informed by Carmen Rojas, the law states, I cannot be held on the job under the Operations Communications Specialist Title and must be terminated.**

SS#6922                                                    November 16, 2020

**On October 23rd, 2017, Joesph** stormed out of a conference meeting due to my simply asking him questions regarding **TLC policy**. The conference was due to my being late 4 times in approximately 4 years which was a bit outlandish. I reported this behavior to **First Assistant Chief Molina** due to this not being the first time **Joseph** has treated me unfairly, as a man working for the agency. He'd stare at me when I'd enter the building and would also glare strangely if he witnessed my speaking to females, which were just regular work chat conversations. After I reporting Joseph to **Chief Molina**, Joseph's behavior continued. I was under the impression I was employed by the city and these things weren't tolerated by any employee, let alone supervision. Instead, I was met with retaliation. Removed from the radio room, told to empty my locker by **Captain Robinson**. I was hired for **Operations Communications Specialist** and my back ground experience dates back to 1998. I was never given and explanation as per why I was removed. It was obvious that my complaints were the reason. So obvious, **Molina** sent me an email a few days later having me removed from the radio room. All due to the incidents **Chief Joseph** created, snatching paperwork from me stating. "Yes I am", after I asked, is this what you're doing? The email stated, I was being reassigned. **Molina** also sent me an email and it seems in this email he was upset. Informing me, I do not have the right **(bullying)** to speak to anyone at **33 Beaver St**. His reason for the email was because of my need for a barcode on my ID card. I asked **Sobers** 2/3 times for the barcode due to our receiving them prior to Molina's being hire by TLC and it went ignored. I spoke to Sobers about having a barcode on my ID card so that the operations unit can keep track of what equipment is being used by each employee. Yet, Molina still sent this aggravating email. Why? **(I have an email to proof).**

On **October 23rd, Joseph** stormed out of a conference and angrily threw my portable radio on my work desk. I reported this to Molina. I began suffering from an extreme headache on this day from the stress Joseph was causing and I asked to leave to go to the hospital. All the audio proof I have is not only the stress I suffered. I began audio recording after my complaints were ignored. **Chief Joseph was dishonest in a sworn statement**, defaming my character stating, I used profanity against him, using the term, **F\*\*king.** This lie from Joseph caused me to lose my job, my pension and go into an extreme dept due to not being allowed to work at the job I worked so hard for. I have audio proof this is a lie. Chief Joseph took an oath and has lied on this sworn statement against me which was the foundation of my being terminated from TLC.

**Commissioner Diane Pennetti was told about my complaints personally from me and** did not resolve the issues I complained about regarding the radio room staff. She stated she would take care of it, yet I was met with the same behavior in the radio room. Violations of the dress code, only I had to follow, ridiculed and removed **(retaliation)** from my post to work at the tour desk with Officer Sylvester Calio, who was assigned to work there during our same time of tour. There wasn't enough room at the tour desk for myself and Officer Calio. He was a senior with back problems, yet I was posted at the same location making Officer Calio stand at times. I was needed at the my post they removed me from. TLC Officers were assigned to fill in for my radio room tour constantly and placed in the seat I occupied. TLC officers were hired to conduct car stops in the field, yet they were in the radio room doing the job I was hired to do.

SS#6922                                                      November 16, 2020

**Assistant Chief Molina** was told about my complaints, yet never did anything to change Chief Joseph's behavior, Joseph's harassment continued well after the discussion with Molina and got worst.

**Ronald Sobers** was told about the complaints as well. His response was, **"Joseph is not hostile"** and **"we're not here to talk about Joseph"** and **"if you keep speaking about Joseph, this conversation is going to end"** Sobers knew Kalena Tate slept on the job (which is extremely dangerous for field officers and did nothing about it) and also sided with female operator Fallon Coffer, after she wrote a general report against me, pulling me into his office, giving me the **"are you a team player?"**speech.  I mentioned to Sobers, I'm always on the team of radio room operators to make sure all runs smooth for everyone during our shift. He stated, **"they say you move around a lot"** (which were the women I no longer dealt with in the same way, due to my dating someone I was becoming very serious with, out of respect for our dating) He also stated, as he chuckled, **"I don't know what you got going on in your life, but you need to stay focused"** which was an indirect accusation of my being incompetent and neglectful toward the duties I was hired to perform.  My work professionalism never changed and this can be proven by listening to the **"Black Box"** which recorded every transmission during my work tour. Many Officers would always ask, **"hey James, are you the radio room supervisor?"** Sobers stated in a sit down counseling session about my time and leave, that **I was an excellent employee and if I were to go to another job, if it did not work out at the new job, he'd hire me again.**

**Harassment - Chief Andrews** entered the radio room one day and was happy about my work. She came to my station and wrapped both of her hands/arms around me as I sat and shook me back and forth until my glasses almost came off. I was embarrassed and felt less than a man to have to allow a female supervisor to do this to me. If it were the other way around and I did this to her, I'm almost sure I would have been fired the same day. She also attempted to accost a conversation about coffee creamer another day. It was not pertaining to work so I ignored her comment. She then, raised her voice, **"are you listening to me"** when I just continued working she then stated,  **"are you wearing earphones."**  I said, Yes, Sobers informed us, it was ok to wear them. She responded, **"I'll see about that."**  I was later met with an email stating I cannot wear ear phones or any ear devices while working. However, Dawn Ford and Kalena Tate wore bluetooth devices and they never stopped after the email was sent to me.

*Demanding the Federal Court to allow my case to be heard before a Federal Court Judge, so that I may receive the Justice that I deserve. The lies told in sworn statements (Perjury) by Chief Joseph, Carmen Rojas, Chief Sobers and the Retaliation and Harassment by Chief Molina has all led to, being terminated from my job, losing my pension, the respect I use to have from my teenage sons, who now look at me differently due to my child support dept. My license has been suspended and I have been in EXTREME DEPT since May of 2018, when TLC wrongfully terminated me and defamed my character.*

SS#6922

**IV.      Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**PLEASE SEE ATTACHED REQUEST ALONG WITH ACTUAL PROOF SUBMITTED.**

_____

_____

_____

_____

**V.      Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.      For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12 | 4 , 20 20

Signature of Plaintiff

Printed Name of Plaintiff      Mr. James F. McMillian

6



SS# 6922

I hereby request the amounts of actual damages/punitive damages, pain and suffering be made/determined by a **FEDERAL COURT JUDGE & JURY,** for the charges filed against the **DEFENDANTS.**

**Wrongful Termination**

**Defamation of Character**

**Retaliation/Harassment**

**Gender Discrimination**

**Violation of Human Rights/Improper & Tardy State Investigation**



THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO VIEW

**WESTERN UNION** | **WU**

WESTERN UNION FINANCIAL SERVICES INC. - ISSUER - Englewood, Colorado
Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

**MONEY ORDER**

17-904519308

**PAY-O-MATIC**
(ISSUING AGENT)

A 132556 D 111720
T 1538 05
179045193086 L 000408

$ **400.00**

PAY EXACTLY   FOUR HUNDRED DOLLARS AND NO CENTS
PAY TO THE
ORDER OF   U.S. District Court (Clerk)   PAYMENT FOR/ACCT. #

Mr. James McMillian P 37-79 70th Avenue
Flushing N.Y. 11367 ~ Apt # 1

⑈102100400⑈ 40179045193086⑈

SS# 6922



**MONEY ORDER RECEIPT - NON NEGOTIABLE**

AGT 132556 LOC 000408 DT 111720 $400.00 4HUNDREDDOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

* 17 9 0 4 5 1 9 3 0 8 *



**MONEY ORDER RECEIPT - NON NEGOTIABLE**

AGT 132556 LOC 000408 DT 111720 $400.00 4HUNDREDDOLLARS AND
NO CENTS

Payable to:
RETAIN THIS MONEY ORDER RECEIPT. IT MUST BE INCLUDED WITH ALL REFUND REQUESTS. BE SURE TO READ IMPORTANT
INFORMATION BELOW AND ON BACK. For your own records, it is recommended that you make a photocopy of the completed Money
Order before providing it to the receiver.
PURCHASE AGREEMENT: You the purchaser agree that Western Union Financial Services Inc. (WUFSI) need not stop payment
on, or replace, or refund a lost or stolen WUFSI Money Order unless (1) you fill in the face of the Money Order at the time of
purchase, and (2) you report the loss or theft to Western Union Financial Services Inc. in writing immediately, and (3) You provide
WUFSI with this original Money Order receipt issued by Western Union Financial Services Inc., Englewood, Colorado. For customer
service, call 1-800-999-9660.

* 17 9 0 4 5 1 9 3 0 8 *

money order was cashed Wed, Nov. 25, 2020



**Division of
Human Rights**

SS# 6922

NEW YORK STATE
DIVISION OF HUMAN RIGHTS

| | |
|---|---|
| NEW YORK STATE DIVISION OF HUMAN RIGHTS on the Complaint of<br><br>JAMES MCMILLIAN,<br><br>         Complainant,<br><br>    v.<br><br>NEW YORK CITY TAXI AND LIMOUSINE COMMISSION,<br><br>         Respondent. | DETERMINATION AND ORDER AFTER INVESTIGATION<br><br>Case No.<br>10199442 |

Federal Charge No. 16GB901775

    On 12/11/2018, James McMillian filed a verified complaint with the New York State Division of Human Rights ("Division") charging the above-named respondent with an unlawful discriminatory practice relating to employment because of sex, opposed discrimination/retaliation in violation of N.Y. Exec. Law, art. 15 (Human Rights Law).

    After investigation, and following opportunity for review of related information and evidence by the named parties, the Division has determined that there is NO PROBABLE CAUSE to believe that the respondent has engaged in or is engaging in the unlawful discriminatory practice complained of.  This determination is based on the following:

Complainant who is male, charges the Respondent with unlawful discriminatory practices in relation to employment because of sex, opposed discrimination/retaliation.

In July 2013, Respondent hired Complainant as an Operations Communications Specialist. Chief Ronald Sobers, male, and Assistant Chief Noreen Hollingsworth, female, were Complainant's direct Supervisors.

In 2014, Complainant alleges Respondent passed over Complainant for a promotion. Complainant alleges that he was the most qualified person for the position.

On November 21, 2017, Complainant alleges that he was falsely accused for faking illness for time off. He was asked about his personal life, and if he was in a relationship with his colleague

SS#6922

because they took off the same days. The Division has determined that this line of questioning does not show a causal relationship to gender and thereby is not discriminatory. In addition, it is outside of the one-year statute of limitations pursuant to New York State Law.

Complainant alleges Respondent Supervisor Edwidge, male, yelled Complainant's name in front of other employees, and Complainant felt harassed. Complainant alleges that Joseph then followed Complainant into the radio room and said, "You disobeyed a direct order, I was just trying to give you back your portable." Complainant alleges Joseph then threw Complainant's radio at him.  Complainant has claimed that the actions taken by Respondent Edwidge led to trauma.

In 2018, Complainant took FMLA leave to care for his Uncle. When he returned, Joseph said he needed a doctor's note to return to work. Complainant tried to talk Sobers about this conduct, which he felt was discriminatory, however, Sobers refused to speak to him about this topic.  In February 2018, Complainant alleges that his physical symptoms of stress and blood pressure increased due to Respondent's discrimination. He therefore took of the month of February to treat his condition.

The Division investigation revealed no information to support Complainant was discriminated against based on gender and/or in retaliation for opposing discrimination and/or for any reason covered by the NYS Human Rights Law.

The Division notes most of the issues raised by Complainant relate to interactions between himself and various supervisors, most male. Complainant alleges these actions led to trauma, but normal workplace conflicts/actions such as being yelled at by a supervisor or being asked to present a doctor's note to return after many days out of work, is insufficient to support discrimination.  Moreover, Complainant has made no statements that relate these issues to his gender. The Complainant has presented no information to support these day-to-day supervisory conflicts relate to discrimination. (By example, there is no information to support any employee is allowed to remain out of work for weeks or months without being required to submit documentation.) The Division notes such a requirement is a normal business practice. The Division notes Respondent has policies and procedures in place regarding leave requests and return to work.

Moreover, the Complainant's alleged gender discrimination and stated that his similarly situated female co-workers were given various forms of preferential treatment and were not disciplined. It is noted Complainant would have direct knowledge of the disciplinary history of other employees.   Respondent submitted reports documenting female employees who have been disciplined by the same supervisors who Complainant alleged only disciplined him.  It is also noted many of these female employees were disciplined more severely than Complainant, up to and including terminations.

The Division investigation also does not support Complainant's termination as discriminatory. The Complainant was a probationary employee.  When a permanent list was created in March 2018, Complainant was not chosen for permanent employment and was subsequently terminated. The Division investigation does not support the failure to hire Complainant as a permanent

employee was retaliatory. The Division investigation and documents in the record support Respondent had legitimate nondiscriminatory reasons for not hiring Complainant. In fact, Respondent submitted documentation that a similarly situated female employee was also terminated from their probationary employment in February 2018 prior to the failure to appoint Complainant in May 2018. These facts do not support an inference of discrimination or that gender was a determinative factor.

Based on the foregoing, the Division investigation does not support Respondent violated the NYS Human Rights Law.

The complaint is therefore ordered dismissed and the file is closed.

PLEASE TAKE NOTICE that any party to this proceeding may appeal this Determination to the New York State Supreme Court in the County wherein the alleged unlawful discriminatory practice took place by filing directly with such court a Notice of Petition and Petition within sixty (60) days after service of this Determination. A copy of this Notice and Petition must also be served on all parties including General Counsel, State Division of Human Rights, One Fordham Plaza, 4th Floor, Bronx, New York 10458. DO NOT FILE THE ORIGINAL NOTICE AND PETITION WITH THE STATE DIVISION OF HUMAN RIGHTS.

Your charge was also filed under Title VII of the Civil Rights Act of 1964. Enforcement of the aforementioned law(s) is the responsibility of the U.S. Equal Employment Opportunity Commission (EEOC). You have the right to request a review by EEOC of this action. To secure review, you must request it in writing, within 15 days of your receipt of this letter, by writing to EEOC, New York District Office, 33 Whitehall Street, 5th Floor, New York, New York 10004-2112. Otherwise, EEOC will generally adopt our action in your case.

Dated: 11/5/19
Brooklyn, New York

STATE DIVISION OF HUMAN RIGHTS

By: _____
Joyce Yearwood-Drury
Director O.S.H.I.

- 3 -

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

To: James McMillian
c/o White Nisar & Hilferty LLP
570 Lexington Avenue
Suite 1600
New York, NY 10022

From: New York District Office
33 Whitehall Street
5th Floor
New York, NY 10004

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 16G-2019-01776 | Holly M. Shabazz,<br>State & Local Program Manager | (929) 506-5316 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☐ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☒ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed **WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_Judith Keenan signature_

Judy A. Keenan,
Deputy Director

August 26 2020
(Date Mailed)

Enclosure(s)

cc: NEW YORK CITY TAXI AND LIMOUSINE COMPANY
Attn: Director of Human Resources
33 Beaver Street
22F2
New York, NY 10004

_Handwritten notes on right side:_ SS#6922 / The EEOC Did not fully Review the Case But Instead Sided along with the State "no Probable Cause findings!!!"

Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS   --   Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge within
**90 days** of the date you receive this Notice. Therefore, you should keep a record of this date. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed within 90 days of the date this Notice was mailed to you (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of
your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the
charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include
any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters
alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in
some cases can be brought where relevant employment records are kept, where the employment would have
been, or where the respondent has its main office. If you have simple questions, you usually can get answers from
the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint
or make your legal strategy decisions for you.

**PRIVATE SUIT RIGHTS   --   Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred more than 2 years (3 years) before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 -- not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION   --   Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE   --   All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, please make your review request within 6 months of this Notice. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

SS# 6922

SS# 6922

**Taxi & Limousine Commission**

Meera Joshi  Commissioner

**Human Resources**
33 Beaver Street, 22nd Floor
New York, NY 10004

+1 212 676 1095  tel
+1 212 676 1154  fax

*Hired July 2013*

July 28, 2015

Civil Service Technical Guild-Local 375
125 Barclay Street
New York, NY 10007

Re:        James McMillian
S.S. #:              -6922
Address:   9027 170th Street #1
           Jamaica, NY 11432



*New Addres
137-79 70th Avenue
Flushing N.Y. 11367 - Apt 1*

Dear Sir or Madam:

Please be advised that the above employee was appointed to The New York City Taxi & Limousine Commission as an <u>Operations Communications Specialist.</u> effective <u>06/30/2013.</u>

**He is a current employee with no breaks in service.**

Sincerely,

Ivanova Pichardo
Human Resources Specialist
(212) 676-1078
pichardi@tlc.nyc.gov



**Citywide Administrative Services**

DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES
HUMAN CAPITAL
BUREAU OF EXAMINATIONS
1 CENTRE STREET, 14th FLOOR
NEW YORK, NY 10007

SS# 

SS#
6922

## NOTICE OF RESULT
### 04/16/2018

JAMES F. MCMILLIAN
9027 170  STREET
JAMAICA, NY 11432

SSN: XXX-XX-6922

Congratulations. You have passed the examination for:

**Exam #:  8267 000   Exam Title: OPERATIONS COMMUNICATIONS SPECIALIST**
Your list number is **10**

Your list number was determined by your adjusted final average as shown below:

| EE | Education And Experience Test: | 100.000 | Weight: 100% |
|---|---|---|---|
| | **FINAL AVERAGE:** | **100.000** | |
| | **ADJUSTED FINAL AVERAGE:** | **100.000** | |

**Change of Name:** Changes of name should be sent to:  DCAS - Human Capital, Certification Unit, 1 Centre Street, 21st Floor, New York, NY  10007.  Please include your old and new name, and documentation supporting your name change.  You may miss a chance for appointment if we do not have your correct name.

**Change of Address:** If you are a City employee who has access to Employee Self Service (ESS) (www.nyc.gov/ESS), you MUST change your mailing address through ESS. Change of addresses in ESS will be uploaded to DCAS' EXAM/Certifications/Investigations systems from NYCAPS.

If you are not a City employee or do not have access to ESS, you can change your address by completing the Data Correction Form (http://www.nyc.gov/html/dcas/downloads/pdf/misc/dp148a.pdf) and submitting it to DCAS as directed on the form.

You may miss a chance for appointment if we do not have your correct address.

**NOTE:**  All correspondence should include your name, address, social security number, examination title, and examination number. Keep this Notice for your records and have it with you when requesting information.  If you would like information about the status of the examination, call (212) 669-1357 and follow the menu prompts to hear eligible list information.

*Passed Civil Service Title Test -*

*(handwritten: Wrongful Termination)*

**Taxi & Limousine
Commission**

*(handwritten: SS# ___ -6922)*

**Meera Joshi**
Commissioner

**Carmen Rojas**
Assistant Commissioner
For Human Resources
carmen.rojas@tlc.nyc.gov

**33 Beaver Street**
**22nd Floor**
**New York, NY 10004**

**+1 212 676 1095** tel
**+1 212 676 1154** fax

May 9, 2018

Mr. James McMillian, Jr.
9027 170th Street - #1C
Jamaica, NY  11432

*(handwritten: New Address 137-79 70th Avenue Flushing N.Y. 11367 - Apt 1)*

Dear Mr. McMillian:

On March 28, 2018, the Qualified Incumbent Examination for the title of Operations Communications Specialist was established.  You were considered and not selected for appointment and <u>have been made ineligible for further certification</u>.

<u>The law states that provisional employees cannot be retained in a title when a civil service list for that title has been established.</u>  Therefore, it is necessary to terminate your services as a provisional Operations Communications Specialist effective May 15, 2018.

You will receive a lump sum payment for any credited annual leave accruals. Please note sick leave accruals can only be paid to those employees with ten years or more of city service.

Health benefits are administered under the New York City Automated Personnel System (NYCAPs Central).  If you have any questions regarding health benefits, you can contact them at (212) 487-0500.  You should also contact your union for benefits you may be entitled to such as life insurance and prescription coverage.  NYCAPs Central will send you information regarding COBRA which will allow you to continue health coverage for you and your family through direct payments.

Sincerely,

*(signature: Carmen Rojas)*

Carmen Rojas
Assistant Commissioner
For Human Resources

cc:    Dianna Pennetti, Deputy Commissioner for USB
       Ira Goldapper, Director of Labor Relations/Discipline
       Melissa Marrero, Deputy Director for Human Resources



**Taxi & Limousine Commission**

SS#6922

Uniformed Services Bureau
24-55 BQE West
Woodside, NY 11377
Meera Joshi, Commissioner

## SUPERVISOR CONFERENCE EMPLOYEE

## EMPLOYEE EMERGENCY ANNUAL LEAVE (EAL) USAGE

**Date of Conference:** March 15, 2017

**Employee's Name:** McMillian, James, Communications Specialist

1) **Date of Absence:** Feb 6. 2018   **Duration of Absence: 1 day documented** APPROVED

2) **Date of Absence:** Mar 7 2018   **Duration of Absence: 2 hours undoc** APPROVED

3) **Date of Absence:** Mar 8, 2018   **Duration of Absence: 1 day undoc Denied**

**Supervisor's Comments / Recommendations:  listed above**

–Three incidents listed above.  The February date was documented for court appearance.  The March 7 date is due to weather and approved for that day (2 hours) The March 8 date is disapproved.  Practice is that an employee is approved 2 hours for car trouble.  There is no documentation submitted the time is denied.

**Instances of EAL usage to date: 11 The dates are as follows: May 26, 2014, Jan 26, 2015, Jan 27, 2015, Oct 9, 2016, Nov 28, 2016, May 14, 2017, Dec 4, 2017 and Jan 4, 2018, Feb 6, 2018, March 7 and 8 2018.**

**Employee's Signature:** _____   Date: 3|15|18

**Supervisor's Signature:** _____   Date: Mar 15, 2018

**Cc: Human Resources Division**

Step Program All (3) Steps Done on One Day... Didnot go to Sanctions Step or Oath!! (completely Denied + Terminated)

NEW YORK STATE DEPT OF LABOR
PO BOX 15130
ALBANY NY 12212-5130

*Date Hired - 7/2013* (handwritten)

**EFF. DT.    05/21/2018        LO#    0831 9**
**SOC. SEC. NO.: XXX-XX-6922**
**ER NO.    E04-60123 6**
**Mail Date: June 12, 2018**

JAMES   MCMILLIAN
9027 170TH ST

JAMAICA NY 11432-5333

*Attempted to Destroy unemployment Benefits !!...* (handwritten)

Dear JAMES   MCMILLIAN,

There is an issue with your Unemployment Insurance. We need specific information from you about:

your separation from The City of New York.

In addition, the determination may result in the imposition of a:
- Recoverable overpayment.
- Monetary penalty.
- Forfeiture of future benefits.

While we review your claim, if you are still unemployed and meet all the eligibility requirements, continue to claim weekly benefits on the Internet, www.labor.ny.gov, or by calling the toll-free Tel-Service number, (888) 581-5812.

**Please call me as soon as possible, but no later than 3:00 PM on Monday, June 18, 2018.**

My **toll-free** phone number is **1-888-209-8124**, extension **5208**.

If you are not able to contact me before 3:00 PM, please leave me a voice mail message. Leave your name, social security number, and a telephone number where I can reach you during my work hours. You must continue to claim weekly benefits online or over the phone as long as you are still unemployed.  If you have returned to work, you may request to resolve this issue by mail.

**UserRACF**

**NYS   05-18   CALLBACK**                                                                 **NYS**

SS# 6922

Good Evening,

On November 28, 2016, legislation authorizing the NYC Department of Citywide Administrative Services (DCAS) to administer a one-time Qualified Incumbent Exam (QIE) as a means to sustain citywide operations and to effectively address the City's provisional count, was signed and approved by the Governor.  There are 193 titles that have been identified for the QIE.

Our records indicate that you are serving provisionally in a title identified for the QIE – Operations Communications Specialist. You also have at least 2 years of satisfactory service at your agency in this title. Please be advised that the QIE for the title of Operations Communications Specialist is open for filing from 5/03/2017 – 5/16/2017.

Please be advised that the QIE is only for provisional Operations Communications Specialist currently serving in the title with at least 2 years of satisfactory service in the title. You are strongly encouraged to file for this exam to afford yourself an opportunity to obtain permanent status in the Operations Communications Specialist title. Choosing not to file for this exam and to remain a provisional employee puts you at risk for termination.

I filed + passed !!!

Sent to me. from Human Rights Asst. Comm. Carmen Rojos regarding my eligibility For Civil Service Title " Operations Communications Specialists "

2:08

SS#6922

 **Kudos to Radio Oper...**

To:

< >

## Subject: FW: Kudos to Radio Operator McMillian

From: Hollingsworth, Noreen (TLC)
Sent: Wednesday, December 31, 2014 8:42 AM
To: McMillian, James (TLC)
Cc: Scanlon, Raymond (TLC); Sobers, Ronald (TLC)
Subject: Kudos to Radio Operator McMillian

Good Morning Mr. McMillian,
Today I received this note in the mailbox assigned to me. It really made my day and I want so share it with you. Additionally, I want to thank you for inspiring such a big thank you. You clearly touch, move and inspire folks on the trail of greatness. Keep up the great work and know that it doesn't go unnoticed. Thank you.



Noreen Hollingsworth
Assistant Chief
New York City Taxi and Limousine Commission
2455 Brooklyn Queens Expressway
718*267*4567 phone
718*956*6204 fax

**New Message**

SS#6922

To: Chief Hollingsworth
From: Inspector Titley 1552
Date: December 30, 2014
Re: James McMillian


Foundation is the first framework that introduces and develops concepts for the fulfillment of a goal.  At the Taxi & Limousine Commission everyone plays his or her part, which together works towards our goal: A safe passenger experience.  I, as a new Inspector, have found my job to run more smoothly when I'm in the field and receive my central computer check information from Mr. James McMillian.


Mr. McMillian is always respectful, courteous and patient.  Precise information is dispatched immediately.  When and if more time is needed to retrieve additional data, he gives clear explanations of why there is a delay.   He always maintains verbal contact with each individual until all information is acknowledged thus eliminating confusion.  He has excellent communication skills: the ability to listen and convey details slowly and clearly.  All printouts requested from him are ready when needed.


With timing being one great facture of a satisfactory car stop, Mr. McMillian's information and the service he performs makes it possible for me to expedite my duties. Ultimately ensuring the safety of all parties involved: inspector, driver and passenger and securing the foundation of a safe passenger experience.  I would like to acknowledge him for his professionalism and continus job well done.


Thank you for your time and consideration regarding this matter.


Inspector Titley 1552

1:58

 

SS#6922

2 Messages
**Leave for December...**

Denied Paid
time off
for Son !!!

**From:** Hollingsworth, Noreen (TLC)
**Sent:** Wednesday, December 13, 2017 1:03 PM
**To:** McMillian, James (TLC)
**Cc:** Molina, Louis (TLC); Sobers, Ronald (TLC); Arias, Rafael (TLC); Andrews, Linda (TLC); Joseph, Edwidge (TLC); Lorenzi, Edwin (TLC); Mulero, Edwin (TLC)
**Subject:** Leave for December 7, 2017
**Importance:** High

Good Afternoon,
Please note, your leave request for December 7, 2017, for annual leave due to son being struck on December 4th and waking up in pain, but going to school, on the 7th has been reviewed.  No document for the absence has been submitted and child care leaves are contractual leaves based on the birth or adoption of a child.  For those reasons the leave has been denied.

Also please note, the Tour Desk and Radio Room are covered by Lieutenant Arias and myself.  This being the case all documentation and communication regarding time and leave are to go through one of us.
Thank you.

Leaves are
Contractual?
Birth or
Adoption !!!
The child
is my Son
Same last
name !!!



Noreen Hollingsworth
Assistant Chief
New York City Taxi and Limousine Commission

   

**New Message**



CityTime

Welcome James McMillan Jr. ID 394871

**Name:** MCMILLIAN JR, JAMES    **CityTime ID:** 394871    **Title:** OP COMM SPEC    **Req ID:** 259749270    **Status:** Cancelled

View Leave

Details | Scheduled Hours | Request History

Show Adjusted Times

**Leave Time**    Start 07:00    12/07/2017    End 15:00    12/07/2017

**Leave Duration**    07:00

**Leave Type**    ANNUAL LEAVE

**Reason**    Child Care

< 

* = Required Field

**Comments**

Son was struck by motor vehicle on 12/04/2017. Woke on 12/07/2017 complaining of pain. I called out due to this. He attended school on that day.

Maximum character input: 500
Characters entered: 144

Upcoming Requests    **Requests for Current Week and Next Three Weeks:**

| Req ID | Start Date | Start Time | End Date | End Time | Time Requested | Type | Reason | Status |
|---|---|---|---|---|---|---|---|---|

Return to My Disapproved Items    New Request

Press the "F11" key to toggle between "Full Screen" and "Normal" view.

**2:10**

**④   NO COMPY DRIVER 0...**

ss#6922

From: McMillan, James (TLC)

< >

Date: August 6, 2017 at 6:18:53 PM EDT

To: "' 'H

< >

what Does this mean?

Subject: FW: NO COMPY DRIVER 08.04.2017.xls

Compy Driver !!!

From: Ford, Dawn (TLC)
Sent: Friday, August 04, 2017 7:32 PM
To: Sobers, Ronald (TLC); Hollingsworth, Noreen (TLC); Joseph, Edwidge (TLC); Lorenzi, Edwin (TLC); Andrews, Linda (TLC); Mulero, Edwin (TLC); Sobers, Ronald (TLC); RadioRoom
Cc: Pierre, Michael (TLC)
Subject: NO COMPY DRIVER 08.04.2017.xls
Importance: High



NO COMPY...04.2017.xls
107 KB

New Message

EDI

To: "'                                            '"
<                                            >

Subject: FW: CMT

From: Sobers, Ronald (TLC)
Sent: Monday, May 09, 2016 11:44 AM
To: McMillian, James (TLC)
Subject: RE: CMT

From: McMillian, James (TLC)
Sent: Monday, May 09, 2016 8:45 AM
To: Sobers, Ronald (TLC)
Subject: CMT

Good Morning Chief,

I need instructions on how to fully operate the CMT system. I believe some time ago you made mention of an instruction manual. Where can I retrieve the manual so that I am up to speed when using the new system.

James McMillian
Radio Room Operator #754
New York City Taxi and Limousine Commission
24-55 BQE West, Woodside N.Y 11377
                    mobile# 718-350-4581

---

*Handwritten notes in right margin:*

SS#6922

This Email was never Answered By Dept Chief Ronald Sobers

---

New Message

SS# 6922

**Sheet1**  Sheet2  Sheet3  Sheet4  Sheet5



# NEW YORK TAXI & LIMOUSINE COMMISSION
## Woodside Communications Division
### Incident Report



| 1/9/18 | **INVESTIGATIONS UNIT** | 1 | of | 1 |

**A. Channel**            AT 1051HRS. (405) OFC. RODRIGUEZ, CALLED IN A CARSTOP IN FRONT
OF 1027 ROSE STREET ON VEHICLE PLATE T720466C WHICH WAS NOT FOUND ON TLC AND
CAME BACK AS A PLATE RCARS17 ON DMV VEH. 17 DMV SHOWING T720466C AS PREVIOUS PLATE
RCARS17 WAS 17 ON TLC WITH DRIVR CLIENT ID#954545102 WHICH CAME BACK TO DRIVER
MORRISON,SEAN DOB 07/05/1977 DRIVER CAME BACK FAILED TO RENEW TLC AND18 DMV
WITH 2 OPEN 2 ON 2 DATES 1-UNDER WAS CALLED BY (530) OFC. ZIGBINIEW AT 1104HRS. WITH
(439) OFC. DELMONTE,R ARRESTING AND (405) OFC. RODRIGUEZ, ASSISTING 88 101PCT. VEH
WITH PLATE T720466C LEGALLY PARKED IN FRONT OF 1031 ROSE STREET.

**B Channel:**

**C.Channel:**

**D. Channel:**

Not a standard Report As I was Instructed to write. (Does not indicate) Who wrote this

**Sheet1**  Sheet2  Sheet3

SS#6922

| NEW YORK TAXI & LIMOUSINE COMMISSION | | | | | |
|---|---|---|---|---|---|
| Woodside Communications Division | | | | | |
| Incident Report | | | | | |
| 1 | | | | | |
| 8/4/17 | sq.04 | | 1 | of | 1 |

| AT CHANNEL | AT APPROX:1524 HRS LT PIERRE  CALLED  FOR A SECTOR CAR  AT 168 STREET |
|---|---|
| 93 AVE PLATE (PA) KHF9233 NOT FOUNFD ON (A.B). | |
| I UNDER TIME    1527 WITH RMP FROM 103 PCT. 6689 ON SITE. | |
| AT 1535 HOURS NAME GASPARD, ALFRONZSO. D.O.B 09/09/1979 NOT FOUND | |

OFC. 471 TRINIDAD TRANSPORTING PLATE KHF9233. LEGAL PARKED 90-09 169 ST

88 TO 103 PCT @1528 HOURS
89 TO 103 PCT @1554 HOURS

NO ATTACHMENTS AT THIS TIME.

ARRESTING: ISLAM
ASSISITING: KLUG

751

*At the start and end of every tour the Tour Command Desk & Tour Chief will be notified of incidents.
MAKE COMPUTER COPIES OF DRIVER & VEHICLE INFORMATION AND ATTACH IT TO THIS
REPORT.  INCLUDE NAMES/SHIELD NUMBERS/UNIT NUMBERS/AND AGENCIES THAT
RESPOND.  PLEASE INCLUDE NAMES AND CONDITIONS OF OFFICES AND PERPS.

*[Handwritten annotations:]* who is this? wrote this report? who is KLUG?

SS#6922

1:58




2 Messages

# Leave for December...

4

**From:** Hollingsworth, Noreen (TLC)
**Sent:** Wednesday, December 13, 2017 1:03 PM
**To:** McMillian, James (TLC)
**Cc:** Molina, Louis (TLC); Sobers, Ronald (TLC); Arias, Rafael (TLC); Andrews, Linda (TLC); Joseph, Edwidge (TLC); Lorenzi, Edwin (TLC); Mulero, Edwin (TLC)
**Subject:** Leave for December 7, 2017
**Importance:** High

Good Afternoon,
Please note, your leave request for December 7, 2017, for annual leave due to son being struck on December 4th and waking up in pain, but going to school, on the 7th has been reviewed.  No document for the absence has been submitted and child care leaves are contractual leaves based on the birth or adoption of a child.  For those reasons the leave has been denied.

Also please note, the Tour Desk and Radio Room are covered by Lieutenant Arias and myself.  This being the case all documentation and communication regarding time and leave are to go through one of us.
Thank you.



Noreen Hollingsworth
Assistant Chief
New York City Taxi and Limousine Commission





**New Message**

Denied Paid
time off
for Son!!!

Leaves are
contractual
Birth or
Adoption!!!
The child
is my Son
same last
name !!!

CityTime

Welcome James McMillan Jr. ID: 394871

## View Leave

**Name:** MCMILLAN JR, JAMES     **CityTime ID:** 394871     **Title:** OP COMM SPEC     **Req ID:** 259749270     **Status:** Cancelled

| Details | Scheduled Hours | Request History |
| --- | --- | --- |

Show Adjusted Times

| Leave Time | | |
| --- | --- | --- |
| | Start | 07:00 | 12/07/2017 |
| | End | 15:00 | 12/07/2017 |

| Leave Duration | 07:00 |
| --- | --- |

| Leave Type | ANNUAL LEAVE |
| --- | --- |

| Reason | Child Care |
| --- | --- |

**Comments**

Son was struck by motor vehicle on 12/04/2017. Woke on 12/07/2017 complaining of pain. I called out due to this. He attended school on that day.

Maximum character input: 500
Characters entered: 144

\* = Required Field

## Upcoming Requests

**Requests for Current Week and Next Three Weeks:**

| Req ID | Start Date | Start Time | End Date | End Time | Time Requested | Type | Reason | Status |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

↑ Return to My Disapproved Items     ← New Reque

SS#2169

Press the "F11" key to toggle between "Full Screen" and "Normal" view.

2:08

SS# 6922

  ④    **Kudos to Radio Oper...**    

TO:

< >

## Subject: FW: Kudos to Radio Operator McMillian

From: Hollingsworth, Noreen (TLC)
Sent: Wednesday, December 31, 2014 8:42 AM
To: McMillian, James (TLC)
Cc: Scanlon, Raymond (TLC) & Sobers, Ronald (TLC)
Subject: Kudos to Radio Operator McMillian

Good Morning Mr. McMillian.
Today I received this note in the mailbox assigned to me. It
really made my day and I want to share it with you.
Additionally, I want to thank you for inspiring such a big
thank you. You clearly touch, move and inspire folks on
the trail of greatness. Keep up the great work and know
that it doesn't go unnoticed. Thank you.



Noreen Hollingsworth
Assistant Chief
New York City Taxi and Limousine Commission
2455 Brooklyn Queens Expressway
718 267 4567 phone
718 956 7004 fax

   

**New Message**

2:10

  **NO COMPY DRIVER 0...**

From: McMillan, James (TLC)

<

Date: August 6, 2017 at 6:18:53 PM EDT

To: ""                        ""

<                        >

Subject: FW: NO COMPY DRIVER 08.04.2017.xls

From: Ford, David (TLC)
Sent: Friday, August 04, 2017 5:32 PM
To: Sewers, Ronald (TLC); Hollingsworth, Noreen (TLC); Joseph, Edwidge (TLC); Lorenzi, Edwin (TLC); Andrews, Linda (TLC); Mulato, Edwin (TLC); Sebers, Ronald (TLC); RadioRoom
Cc: Pierre, Michael (TLC)
Subject: NO COMPY DRIVER 08.04.2017.xls
Importance: High

**E**

NO COMPY...04.2017.xls
107 KB

            

**New Message**

SS#6922

what Does
this meon?
←
Compy
Driver !!!

2:04

< 4    **CMT**    ⌃ ⌄

SS#6922

EDI

To: ''

Subject: FW: CMT

This Email was never Answered By Dept Chief Ronald Sobers

From: Sobers, Ronald (TLC)
Sent: Monday, May 09, 2016 11:11 AM
To: McMillian, James (TLC)
Subject: RE: CMT

From: McMillian, James (TLC)
Sent: Monday, May 09, 2016 8:45 AM
To: Sobers, Ronald (TLC)
Subject: CMT

Good Morning Chief,

I need instructions on how to fully operate the CMT system. I believe some time ago you made mention of an instruction manual. Where can I retrieve the manual so that I am up to speed when using the new system.

James McMillian
Radio Room Operator #754
New York City Taxi and Limousine Commission
24-55 BQE West, Woodside N.Y 11377
              mobile# 718-350-4581

**New Message**



SS# 6922

**Sheet1**  Sheet2  Sheet3  Sheet4  Sheet5

 

## NEW YORK TAXI & LIMOUSINE COMMISSION
Woodside Communications Division
Incident Report

1/9/18      **INVESTIGATIONS UNIT**      1   of   1

**A. Channel**      AT 1051HRS. (405) OFC. RODRIGUEZ, CALLED IN A CARSTOP IN FRONT OF 1027 ROSE STREET ON VEHICLE PLATE T720466C WHICH WAS NOT FOUND ON TLC AND CAME BACK AS A PLATE RCARS17 ON DMV VEH. 17 DMV SHOWING T720466C AS PREVIOUS PLATE RCARS17 WAS 17 ON TLC WITH DRIVR CLIENT ID#954545102 WHICH CAME BACK TO DRIVER MORRISON,SEAN DOB 07/05/1977 DRIVER CAME BACK FAILED TO RENEW TLC AND18 DMV WITH 2 OPEN 2 ON 2 DATES 1-UNDER WAS CALLED BY (530) OFC. ZIGBINIEW AT 1104HRS. WITH (439) OFC. DELMONTE,R ARRESTING AND (405) OFC. RODRIGUEZ, ASSISTING 88 101PCT. VEH WITH PLATE T720466C LEGALLY PARKED IN FRONT OF 1031 ROSE STREET.

**B Channel:**

**C.Channel:**

**D. Channel:**

Not a standard Report As I was Instructed to write! who wrote this was is a mystery

SS#6522

| Sheet1 | Sheet2 | Sheet3 |
|--------|--------|--------|

## NEW YORK TAXI & LIMOUSINE COMMISSION
### Woodside Communications Division
### Incident Report

1

| 8/4/17 | | sq.04 | | 1 | of | 1 |

**AT CHANNEL** AT APPROX:1524 HRS LT PIERRE  CALLED  FOR A SECTOR CAR  AT 168 STREET
93 AVE PLATE (PA) KHF9233 NOT FOUNFD ON (A.B).
I UNDER TIME    1527 WITH RMP FROM 103 PCT. 8689 ON SITE.
AT 1535 HOURS NAME GASPARD, ALFRONZSO. D.O.B 09/09/1979 NOT FOUND

*OFC. 471 TRINIDAD TRANSPORTING PLATE KHF9233. LEGAL PARKED 90-09 159 ST*

88 TO 103 PCT @1528 HOURS
89 TO 103 PCT @1554 HOURS

NO ATTACHMENTS AT THIS TIME.

ARRESTING: ISLAM
ASSISITING: KLUG

751

who is
this?

wrote
this
report?

who is
Klug?

*At the start and end of every tour the Tour Command Desk & Tour Chief will be notified of incidents.
MAKE COMPUTER COPIES OF DRIVER & VEHICLE INFORMATION AND ATTACH IT TO THIS
REPORT.  INCLUDE NAMES/SHIELD NUMBERS/UNIT NUMBERS/AND AGENCIES THAT
RESPOND.  PLEASE INCLUDE NAMES AND CONDITIONS OF OFFICES AND PERPS.

**1:06**

See More ↩

Found in jamesmcmillian1009... 🗁

**JM** **James McMillian** 1/9/18
To: jamesmcmillian100... 〉 ⚑

SS# 6922

**From:** McMillian, James (TLC)
**Sent:** Thursday, January 04, 2018 8:54 AM
**To:** 'Stephanie Kooma'
**Subject:** FW: I.D BAR CODE

**From:** McMillian, James (TLC)
**Sent:** Thursday, January 04, 2018 8:54 AM
**To:** Molina, Louis (TLC)
**Cc:** Sobers, Ronald (TLC)
**Subject:** RE: I.D BAR CODE

I do sincerely apologize for this. As I was never informed what the procedures were and how they should be carried out. Had I known this prior, this would have never taken place. This request was solely based on my conversation with Mr. Chris Rivera. I appreciate your informing me on what to do in the future.

Regards

McMillian, J #754.



Case 1:20-cv-05722-LDH-RML   Document 6   Filed 12/07/20   Page 43 of 75 PageID #: 120

 
SS# 6922

**From:** McMillian, James (TLC)
**Sent:** Thursday, January 04, 2018 7:57 AM
**To:** Molina, Louis (TLC)
**Cc:** Sobers, Ronald (TLC); Hollingsworth, Noreen (TLC); Majali, Madonna (TLC)
**Subject:** I.D BAR CODE


Good Morning Chief,

I spoke with Chris Rivera from operations and he advised me to speak with you, in regards to attaining a bar code for my TLC issued Identification card.


Please advise


*McMillian, J. #754*
*Tour Command*
*NYC Taxi & Limousine Commission*
*24-55 BQE West*
*Woodside NY 11377*
*718-267-4500*


**See More** 

         


SS#C922

**From:** Molina, Louis (TLC)
**Sent:** Thursday, January 04, 2018 8:39 AM
**To:** McMillian, James (TLC)
**Cc:** Sobers, Ronald (TLC); Hollingsworth, Noreen (TLC); Pennetti, Dianna (TLC)
**Subject:** RE: I.D BAR CODE
**Importance:** High

It is not necessary for you to have an ID Card with a bar code and any recommendations that staff members of other business units have pertaining to how we manage USB operations should be brought by these individuals directly to USB management, so the next time any Staff from other business units have recommendations and/or advisement pertaining to USB operations, personnel, etc., please refer them to me, Chief Dianna Pennetti or Chief Sobers and in our absence said person(s) can provide their comments, concerns, opinion and/or advisement to Assistant Chief Hollingsworth or one of the Deputy Chiefs.

It is also unnecessary for you to copy members of other agency business units on such an email without first having a discussion and/or communication with USB Management, so copying Ms. Majali on the below email was unnecessary; please refrain from doing this in the future.

Louis A. Molina
First Deputy Chief
Uniformed Services Bureau
Enforcement Division
24-55 B.Q.E. West
Woodside, NY 11377-7820
(718) 267-4517 (Office)
Louis.Molina@TLC.nyc.gov

Case 1:20-cv-05722-LDH-RML   Document 6   Filed 12/07/20   Page 45 of 75 PageID #: 122



14 KB

SS# C922

See More

Found in jamesmcmillian1009...

**James McMillian**     12/12/17
To: jamesmcmillian1... >

**From:** Rojas, Carmen (TLC)
**Sent:** Wednesday, December 06, 2017 5:03 PM
**To:** McMillian, James (TLC)
**Cc:** QIETrack (DCAS)
**Subject:** Operations Communications Specialist Qualifying Incumbent Examination

Attached please find information regarding upcoming Qualifying Incumbent Examination for the title you are currently serving on.

Sample Em...es (3).docx
14 KB

See More

SS#
6922

**Sent from my iPhone**

**Begin forwarded message:**

Co Workers
mobile usage
After my
Termination
+
while I ~~was~~
still on Duty

↘

**From:** "McMillian, James (TLC)"
**<McMillianJ@tlc.nyc.gov>**
**Date:** January 4, 2017 at 6:21:52
**AM EST**
**To:** "majsty000@gmail.com"
**<majsty000@gmail.com>**
**Subject:** FW: Headphones

SS#6922

**From:** Sobers, Ronald (TLC)
**Sent:** Wednesday, January 04, 2017 6:16 AM
**To:** McMillian, James (TLC)
**Subject:** Headphones

Reminder - personal headphones usage is not
authorized when  operating the radio communication
station while on duty .In addition cell phone are not to
used while operating an active  radio communication
station .

CHIEF OF DEPARTMENT

**See More**



**2:17**

‹ (12)  **3 Messages**
**SUPERVISOR REQUE...** ∧ ∨

SS#6922

This is a request to become Supervisor of the radio room at TLC. I'm qualified for the job. I've been personally requested as "trainer" for the last six employees that have been hired to work in the radio room. I've also been requested to sit in on future interviews by one of the Deputy Chiefs who is highly respected in this agency. There are  Deputy Chief's, Lt's and officers, currently working here,  that have assumed,  I was already in this position and further questioned, why was I not in this position. It has been mentioned numerous times by these same individuals,  my professionalism,  radio operating skills and take charge attitude when it comes to keeping things running smoothly is greatly appreciated and  I should undoubtedly be I this position. These are just a few reasons why I should be in this position (Operations Communications Specialist Level 2). Every new hire after my being hired, within six months  on the job that I've trained, during training,  assumed I was the supervisor due to my work ethics as well as my ability to go above and beyond, to assure that they're successful at becoming great operators. It is my great attitude, fast learning skills and ability to work well with those who are in compliance of the rules and regulations, to make our days here at TLC greater. An employee with a great attitude will always rise above an employee with skill. Why? Because an employee with a great attitude and fast learning ability can be taught anything and will successfully  handle any challenge or task given, when given the opportunity.


Regards


James McMillian
Radio Room Operator #754
New York City Taxi and Limousine Commission

   



SS#6922
This email
was not
Answered
Nor was
Ronald
Sobers
Addressed
By
Dorita Clarke
~~~>

**From:** McMillian, James (TLC)
**Sent:** Sunday, July 17, 2016 10:10 AM
**To:** 'Clarke, Dorita'
**Subject:** TLC DRESS POLICY

Good Day Dorita,

Hope all is well. I was approached by Chief Sobers last Wednesday 07/13/2016 and his words were. "From now on, there is a dress code" I gently asked, "after 3 years"? He says. "yes." Keep in mind, on this particular day, I wore a button up long sleeved summer type of linen shirt, opened with a t-shirt on under it, jeans and white sneakers. I then asked, "is this dress code all across the board (meaning all employees throughout the building including operators) or just for myself"? He stated, "it's all across the board" In the past, I've heard some things about a dress code and many never complied, so I never felt obligated to do so. I honestly do not have a problem with it, however it is to my understanding, the dress code should apply to those who are in contact with the public and we as operators barely come in contact with the public, unless there is something going on and Beavers Street employees happen to stop by for the day, which is rare. I've never dressed inappropriate, holes in my jeans, nor have I ever come to work with any foul odor or offensive writing on my clothing. I was told on this same day by Chief Sobers, I could not wear sneakers as well. He also says, "well I'm sure you have some clothing at home, so you don't have to go out and purchase anything" He then pointed at Chief Mulero sitting close by who, on this day wore a button up shirt and says, "you see how he's dressed? This is what you need to wear" He then goes on to say, "didn't you get the memo? I replied, "no" as I hadn't ever received anything as such. He says, "Do you need me to put that in writing"? I replied, "yes, because if not, this conversation isn't official" I looked up the rules and regulations regarding dress code for our agency as well as city employees and it does not say

**2:00**



**2 Messages**
**TRAINING NEW HIRES**

**SS#6922**

**No Response**

**From:** McMillian, James (TLC)
**Sent:** Sunday, July 17, 2016 1:43 PM
**To:** Clarke, Dorita
**Subject:** TRAINING NEW HIRES

Hey again Dorita,

I was also wondering about my training new hires. Is this in the policy? I'm asking due to my way of going above and beyond to assure my coworkers are always okay, meaning, if it's simply getting a proper meal (a full hour) or helping them when in need to see that they succeed in their job daily etc. It is my belief, I've been chosen to train all new hires because of this and how well I do my job (never any complaints). The Chief's always say, "I want you to sit with McMillian, he's a great operator. I've witnessed and heard others refuse to train and it being accepted by the Chiefs, as they do not mind overlooking someone who does not want to train due to their character and attitude towards work. I do not think this is fair nor proper work ethics. Am I obligated to train new hires? I've never been the type to complain about any task given, even when asked to empty the trash. Am I obligated to do this as well when asked by someone over me in rank? I was under the impression, this is a cleaners job, not mines. I honestly believe those who are in charge of this agency do what they want, solely due to no one ever having come in this agency to correct their behaviors. This is actually a great agency to work for and I am happy with my daily work routine. I've inquired about my being able to become a supervisor and I was told by Chief Sobers, "he'd have to speak with the Commissioner and see if it's needed" meanwhile a huge amount of officers, a few deputy chiefs, new hires (four to be exact- "are you the supervisor"?) have made mention that I should be in this position, witnessing how I work. I spoke with Melissa Marrero from Beaver Street and there is a such thing within this agency known as Level I and Level 1 & Level 2. It is considered a step up/supervisorial position,



Case 1:20-cv-05722-LDH-RML   Document 6   Filed 12/07/20   Page 51 of 75 PageID #: 128

 
Hi James,
I'm so glad that it is working out so far! That is
awesome news. Thank you for keeping me in the loop
and I wish you guys all the best.
Let me know how it goes and have a good weekend.
Best,
Jenn

**See More**   

**Found in jamesmcmillian1009...**   📁

 **Jennifer Magdits**          5/9/18
**To:** James Mcmillian ❯

Hi James,
I'm so happy to write to you and let you know that I
found you a therapist and I think she'll be a great fit.
She is in the Forest Hills area.
Here is her information:
Bernice Brief, LCSW
<u>70-50 Austin Street</u>
<u>Suite LL</u> 116
<u>Forest Hills, New York 11375</u>
Her cell is: <u>917-572-3693</u>

SS# 6922

When you call you will probably have to leave a
message. Just let her know that you were referred by
Jenn at NYC EAP. She is expecting your call.
Right now she has a Friday opening.
Please let me know how it goes, and thank you for being
so patient with me.

         

**2:27**

 **5 Messages**
**EAP**

**To:** Jennifer Magdits (OLR) <jmagdits@olr.nyc.gov>
**Subject:** Re: EAP

Good Morning Jen,

I appreciate your making every effort to place me. Friday's are my days off. However, I can make an appointment to see a female counselor in the afternoons, per say, 430/5pm. This will give me enough time to leave work <u>at 3pm</u> and make it on time for an afternoon session weekly.

Thank you much

JM.

SS# 6922

Sent from my iPhone

On May 7, 2018, at 12:54 PM, Jennifer Magdits (OLR) <jmagdits@olr.nyc.gov> wrote:

Hi James,
I just wanted to send you a quick email to let you know that I haven't forgotten you. This is taking way longer than I expected- particularly with your availability on Friday. I did make a few more calls this morning so I'm hoping to have some news for you soon. Thanks for being so patient with this process.

Best,

Jennifer Magdits, LMHC
NYC Employee Assistance Program
Mayor's Office of Labor Relations
Office location: <u>250 Broadway, 28<sup>th</sup> Floor</u>, New York, <u>NY 10007</u>
Mailing address: Attn: NYC EAP, <u>40 Rector Street, 4<sup>th</sup></u>

2:27

 **5 Messages**
**EAP** 

Good Morning Jen,

I appreciate your making every effort to place me.
Friday's are my days off. However, I can make an
appointment to see a female counselor in the
afternoons, per say, 430/5pm. This will give me
enough time to leave work at 3pm and make it on
time for an afternoon session weekly.

Thank you much

JM.                                   SS# 6922

Sent from my iPhone

On May 7, 2018, at 12:54 PM, Jennifer Magdits
(OLR) <jmagdits@olr.nyc.gov> wrote:

Hi James,
I just wanted to send you a quick email to let you
know that I haven't forgotten you. This is taking way
longer than I expected- particularly with your
availability on Friday. I did make a few more calls this
morning so I'm hoping to have some news for you
soon. Thanks for being so patient with this process.

Best,

Jennifer Magdits, LMHC
NYC Employee Assistance Program
Mayor's Office of Labor Relations
Office location: 250 Broadway, 28th Floor, New York,
NY 10007
Mailing address: Attn: NYC EAP, 40 Rector Street,
4th Floor, New York, NY 10006
Phone: (212)306-7660
Fax: (212)306-7666

                        





**From:** James Mcmillian
[mailto:jamesmcmillian1009@gmail.com]
**Sent:** Thursday, May 10, 2018 12:30 PM
**To:** Jennifer Magdits (OLR) <jmagdits@olr.nyc.gov>
**Subject:** Re: EAP

ss#6922

Hello Jen

I just made contact with Bernice Brief. I start
counseling tomorrow. And get this, Stephanie and I
have appts in the same area different counselors 15
mins apart. How awesome is that. We do everything
together in this beautiful love God has blessed us
with.

Thanks again and have an awesome.


JM.

Sent from my iPhone

On May 9, 2018, at 3:02 PM, Jennifer Magdits (OLR)
<jmagdits@olr.nyc.gov> wrote:

Hi James,
I'm so happy to write to you and let you know that I
found you a therapist and I think she'll be a great fit.
She is in the Forest Hills area.
Here is her information:
Bernice Brief, LCSW
70-50 Austin Street
Suite LL 116
Forest Hills, New York 11375
Her cell is: 917-572-3693






2:24



We appreciate you

SS# 6922

J&S

Sent from my iPhone

On Jun 18, 2018, at 3:34 PM, Jennifer Magdits (OLR) <jmagdits@olr.nyc.gov> wrote:

Hi James,
I just wanted to check in. Have you been seeing Bernice? If so, how has it been going? Please send me an e-mail when you get a chance to let me know how you are doing, or give me a quick call. I hope you are well, and that I hear from you soon.

Best,
Jennifer Magdits, LMHC
NYC Employee Assistance Program
Mayor's Office of Labor Relations
Office location: 250 Broadway, 28th Floor, New York, NY 10007
Mailing address: Attn: NYC EAP, 40 Rector Street, 4th Floor, New York, NY 10006
Phone: (212)306-7660
Fax: (212)306-7666

**From:** James Mcmillian [mailto:jamesmcmillian1009@gmail.com]
**Sent:** Thursday, May 10, 2018 12:30 PM
**To:** Jennifer Magdits (OLR) <jmagdits@olr.nyc.gov>
**Subject:** Re: EAP

Hello Jen


**From:** James Mcmillian
[mailto:jamesmcmillian1009@gmail.com]
**Sent:** Tuesday, June 19, 2018 1:11 PM
**To:** Jennifer Magdits (OLR) <jmagdits@olr.nyc.gov>
**Subject:** Re: EAP

SS # 6922

Hello Jennifer,

First allow me to say, thank you much for reaching out.
Stephanie and I really appreciate your concern.

As of May 14/15, 2018, I was terminated from TLC.
They claim I wasn't chosen for an appointment
regarding my Civil Servant Title, well, at least this is
what they stated. Of course they wouldn't say, you
weren't chosen because you are one of the most
qualified Operators, however, we do not like you
because you are by the book and we cannot mistreat
you the way we do the other employees.

I could not go see Bernice because, once the job
terminated me, my health benefits went along with it.

Thanks again Jen

We appreciate you

J&S

Sent from my iPhone

On Jun 18, 2018, at 3:34 PM, Jennifer Magdits (OLR)
<jmagdits@olr.nyc.gov> wrote:

Hi James,

2:24

 5 Messages   ∧ ∨

Found in jamesmcmillian1009...  🗁   ss # 6922

**Siri found new contact info**
 Jennifer Magdits
jmagdits@olr.nyc.gov  add...   ⊗

**Jennifer Magdits**   6/19/18
To: James Mcmillian >

# RE: EAP

James,

Oh no! I am so sorry to hear this. Have you spoken to your
union? Is there any way they can fight this? Again, I am so
sorry. If you and Stephanie are domestic partners, perhaps
you can get under her benefits? Please let me know if I can
help in any way.

Best,
Jennifer Magdits, LMHC
NYC Employee Assistance Program
Mayor's Office of Labor Relations
250 Broadway, 28th Floor, New York, NY 10007
Phone: (212)306-7660
Fax: (212)306-7666

**From:** James Mcmillian
[mailto:jamesmcmillian1009@gmail.com]
**Sent:** Tuesday, June 19, 2018 1:11 PM
**To:** Jennifer Magdits (OLR) <jmagdits@olr.nyc.gov>


 

Hi James,
I'm so happy to write to you and let you know that I
found you a therapist and I think she'll be a great fit.
She is in the Forest Hills area.
Here is her information:
Bernice Brief, LCSW
70-50 Austin Street
Suite LL 116
Forest Hills, New York 11375
Her cell is: 917-572-3693

SS# 6922

When you call you will probably have to leave a
message. Just let her know that you were referred by
Jenn at NYC EAP. She is expecting your call.
Right now she has a Friday opening.
Please let me know how it goes, and thank you for being
so patient with me.

Best,

Jennifer Magdits, LMHC
NYC Employee Assistance Program
Mayor's Office of Labor Relations
Office location: 250 Broadway, 28th Floor, New York,
NY 10007
Mailing address: Attn: NYC EAP, 40 Rector Street, 4th
Floor, New York, NY 10006
Phone: (212)306-7660
Fax: (212)306-7666

**See More** 

Found in jamesmcmillian1009

   



1:51   

<    **2 Messages**
**RADIO ROOM**   ∧   ∨

**From:** Atuegbu, Sylvester (TLC)
**Sent:** Tuesday, May 09, 2017 8:31 AM
**To:** Kooma, Stephanie (TLC)
**Cc:** Sobers, Ronald (TLC); Hollingsworth, Noreen (TLC);
Andrews, Linda (TLC); Robinson, Brian (TLC); Rivera, Juana
(TLC); Johnson, Troy (TLC)
**Subject:** RADIO ROOM

Officer Kooma,
Effective immediately, you are directed to refrain  from
the radio room unless it is for official business.
Thank you

Sylvester Atuegbu
Captain
New York City Taxi and Limousine Commission
24-55 BQE West, Woodside NY 11377
718.267.4555 Phone
646.939.7844 Cell
718.956.6204 Fax
Sylvester.atuegbu@tlc.nyc.gov

Unauthori

**See More**                           ↩

*Officer Kooma,S*
*Banned from RadioRoom!!*

         

5:27    ▏LTE

## Done   NO COMPY DRIVER 08....   

Sheet1   Sheet2   Sheet3

**NEW YORK TAXI & LIMOUSINE COMMISSION**
Woodside Communications Division
Incident Report

| 04/17 | | sq.04 | | 1 | of | 1 |

4/CHANNEL   AT APPROX 1504 HRS LT PIERRE CALLED FOR A LECTUR CAR AT 101 STREET
15 AVE PLATE 04/13 IMPRESS NOT FOUND ON (A-D).
I UNDER TIME   1522 WITH EMP I FROM 103 PCT ASIO ON 1/TE.
AT 1533 HOURS NAME GASPARD, ALFREDNESO 1LD II 0909 1979 NOT FOUND

OFC, 479 TRINIDAD TRANSPORTING PLATE KIO 0333, LEGAL PARKED 50/77 113 ST

15 TO 103 PCT @1524 HOURS
19 TO 103 PCT @1534 HOURS

NO ATTACHMENTS AT THIS TIME.

ARRESTING: ISLAM
ASSISTING: KLICH

751

*At the start and end of every tour the Tour Command Desk & Tour Chief will be notified of incidents.
MAKE COMPUTER COPIES OF DRIVER & VEHICLE INFORMATION AND ATTACH IT TO THIS
REPORT. INCLUDE NAMES/SHIELD NUMBERS/UNIT NUMBERS/AND AGENCIES THAT
RESPOND. PLEASE INCLUDE NAMES AND CONDITIONS OF OFFICES AND PERPS.

SS#6922

Unproffessional
Incident Reports!!

5:26   .ıll LTE 🔋

**Done   ASSIGNMENT ACT..xls**   

| Sheet1 | Sheet2 |

**NEW YORK TAXI & LIMOUSINE COMMISSION**
Woodside Communications Division
Incident Report

05/02/2017    **RADIO ROOM**    1    of    1

A: CHANNEL
CHIEF SOBERS AS PER YOUR REQUEST

AT APPROX 0455 HRS STARTED MY TOUR OPEN LOT TEN ON ADAM CHANNEL
TWO OPEN ARRESTS
AT 0410 HRS .P H ONE UNDER
AT 0456 HRS .P K ONE UNDER
AT 0537HRS 2 ARRS BEFORE OPEN COPTERS CLOCK OUT ONE, TOOK OVER ADAM CHANNEL.
AT 0537HRS TOOK CALL FROM OIC LONSBACH BY FNPO
AT 0537HRS TOOK CALL FROM CAPT TORRES RAFG TO CENTRAL GREEN AS PER CARRISH
AT 0536 HRS TOOK CALL FROM LT ORDESSANZA BY FNPO
AT 0541 HRS TOOK CALL I MGNI OHC. GONZALES, G, TO CLEAR STOPS.
AT APPROX 0547HRS ADAM CHANNEL GIVEN TO OFC ATFRED SQ #1. CONTINUING FOR
OPEN P-750 WRIGHT, K, QUIT ON SPL.

PREPARED BY OPER, K764 BOSELLING

INVESTIGATION & INQUIRIES
Refer all inquiries to the Chief Investigator during business hours or Deputy Chief after hours
Confirm who required the information. Request organization, rank, call back number
and copy of the day prior to releasing any information

K315436
| Law Enforcement Liaison |
| Chief Investigator Azam Kitaieh |
| 718-267-4534 |
| Azam.Kitaieh@tlc.nyc.gov |

*At the start and end of every tour the Tour Command Desk & Tour Chief will be notified of transacts.
MAKE COMPUTER COPIES OF DRIVER & VEHICLE INFORMATION AND ATTACH IT TO THIS
REPORT. INCLUDE NAMES/SHIELD NUMBERS/UNIT NUMBERS/AND AGENCIES THAT
RESPOND. PLEASE INCLUDE NAMES AND CONDITIONS OF OFFICES AND PERPS.

SS#6922

*My Professional Report Instructed By Ronald Sobers*

5:28    LTE

**Done**     **1 UNDER.xls**     

Sheet1  Sheet2

**NEW YORK TAXI & LIMOUSINE COMMISSION**
Woodside Communications Division
Incident Report

| 07/10/2017 | SQUAD #14 | 1 | of | 1 |
|---|---|---|---|---|

A: CHANNEL

AT 0545HRS CAPT TORRES #204 1 UNDER SOLICITATION
AT 0615HRS CAPT TORRES PERP COMPLAINING SHORTNESS OF BREATH
AT 0630HRS BUSS EMS JAMAICA HOSP MEDICAL ENT #653 EMT #643 TREATING PERP
AT 0637HRS PERP REMOVED GIVEN CAPT TORRES (ELE. BRYAN) NO HIT AT CENTRAL
AT 0648HRS PERP TRANS TO JAM HOSP ALL VITALS GOOD SGT. ZHOU & OFC VELASQUEZ
AT 0650HRS LT ZHOU (S5) TO HOSP
AT 0655HRS OFC LUO (S5) PAPD.
AT 0702HRS OFC LUO (S5) PAPD

AT 0705HRS PERP TRANS UNIT (96) JAMAICA HOSP.
AT 0710HRS LT. ZHOU PERP BEING TESTED AT JAM HOSP
AT 0716HRS PER CAPT TORRES OFC LUO BEGINNING ON LINE PROCESS AT PCT.
AT 0810HRS OFC. LUO #525 STILL ON LINE PROCESSING AT PAPD
AT 0847HRS PER LT ZHOU PERP STILL WAITING FOR TREATMENT
AT 1140HRS (S5) JAMAICA HOSP PERP IN GOOD COND. (S5) PAPD
AT 1150HRS (S9) PAPD PERP IN GOOD COND.
AT 1302HRS OFC. LUO (S5) CENTRAL BOOKING.
AT 1410HRS (S5) CNS CENTRAL BOOKING (S8) ADA'S OFFICE.
AT 1415 (S5) ADA'S OFFICE.

PERP CNTRD 137 DFC

SGS. OF C LUO, MOREL L. #525
ASSIST. OFC. VELASQUEZ, A. #250

PREPARED BY MCMULLAN, J. #754
INVESTIGATION & INQUIRIES
Refer all inquiries to the Chief Investigator during business hours or Deputy Chief after hours
Confirm and request the information. Request organization, item, self back number
and color of the day prior to releasing any information

#33439
| **Law Enforcement Liaison** | |
| **Chief Investigator Azam Kifaieh** | |
| 718-267-4534 | |
| Azam.Kifaieh@tlc.nyc.gov | |

*At the start and end of every tour the Tour Command Desk & Tour Chief will be notified of incidents.
MAKE COMPUTER COPIES OF DRIVER & VEHICLE INFORMATION AND ATTACH IT TO THIS
REPORT. INCLUDE NAMES/SHIELD NUMBERS/UNIT NUMBERS AND AGENCIES THAT
RESPOND. PLEASE INCLUDE NAMES AND CONDITIONS OF OFFICES AND PERPS.

SS#6922

My Professional Report
Instructed By
Ronald Sobers

5:31

# Done   Investigations (3).xls   

| Sheet1 | Sheet2 | Sheet3 | Sheet4 | Sheet5 |

**NEW YORK TAXI & LIMOUSINE COMMISSION**
Woodside Communications Division
Incident Report

DATE: 7/11/17 — SQUAD 1 — 1 of 1

ss# 6922

Law Enforcement Liaison
Chief Investigator Azam Kitaich
718-267-4534
Azam.Kitaich@tlc.nyc.gov

Report By Kalena Tofe
Unprofessional —
Overlooked By Ronald Sobers




---

**From:** McMillian, James (TLC)
**Sent:** Monday, April 09, 2018 8:03 AM
**To:** Sobers, Ronald (TLC)
**Cc:** Hollingsworth, Noreen (TLC); Pennetti, Dianna (TLC)
**Subject:** EAP

*Chief,*

*I will be attending a meeting with the EAP (Employee Assistance Program), located at 250 Broadway in MTN this Thursday April 12, 2018. I am scheduled to arrive at 1300hrs. I will need to depart from woodside at 1200hrs.*

*Thank you*

Attempt to get Help!!

*McMillian, J. #754*
*Tour Command*
*NYC Taxi & Limousine Commission*
*24-55 BQE West*
*Woodside NY 11377*
*718-267-4500*

See More    

            

Case 1:20-cv-05722-LDH-RML   Document 6   Filed 12/07/20   Page 65 of 75 PageID #: 142

 
**From:** McMillian, James (TLC)
**Sent:** Monday, July 10, 2017 2:20 PM
**To:** Sobers, Ronald (TLC)
**Cc:** Andrews, Linda (TLC); Jasper, Yvette (TLC); Torres, Jose (TLC); Hollingsworth, Noreen (TLC); Mulero, Edwin (TLC); Lorenzi, Edwin (TLC); Pagan, Marcos (TLC); Ramos, Israel (TLC); Joseph, Edwidge (TLC); Zhou, Weining (TLC); Luo, Hong Liang (TLC); Lombardi, Christopher (TLC); RadioRoom
**Subject:** 1 UNDER.xls

(89) ADA'S OFFICE AT 1415HRS.

SS# 6922

JM OPER#754
RADIO ROOM



**1 UNDER.xls**
**105 KB**

**See More**                                    

                        

SS#6922

Sleeping On the Job.





Lt. Arias

Hanging Out in
Communications (Radio Room) on Cell Phone
with Supervisor Lt. Arias!!
Present

Use of Cell Phone During Work / Sloppy Work Station w/ Mirror!!

Kolena Jake



SS# 2297

Hanging Out in Radio Room Violations

5 people using mobile phones during work Hrs





Radio Room left unattended (15mins)!!

SS# 6922



Officer Janine Williams (in Radio Room) not Conducting Business

Also Administrative worker In Radio Room Daily - officer Room was Banned !!.

J.W.lliams officer

Chief Joseph, Edwige



-20-CV-5722 (LDH)(RML).

SE OFFICE *

v-5722(LDH)(RML).*

Mr. James F. McMillan (Order
137-79 70th Avenue
Flushing N.Y. 11367
Apt #1

\* Attn: PRO

USMS

\* Order 20-C